BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
YAMILETH G. DAVILA
Assistant Director

RUTH ANN MUELLER (DC 1617339)
AMANDA B. SAYLOR (FL1031480)
Trial Attorneys
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 598-6837
    Amanda.B.Saylor@usdoj.gov
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| XINDI LI,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants. | Case No. 4:24-cv-3866 (HSG)<br><br>**STIPULATED MOTION FOR A THIRTY DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND ORDER** |

STIPULATED MOTION FOR A THIRTY DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND ORDER
No. 4:24-cv-3866-HSG

- 1 -

U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
DISTRICT COURT SECTION
P.O. BOX 868, BEN FRANKLIN STATION
WASHINGTON, DC 20044
(202) 305-1540

The parties respectfully request a thirty-day extension of time to answer or otherwise respond to the Complaint.

On June 27, 2024, Plaintiff Xindi Li ("Plaintiff") filed the instant complaint, challenging Defendant U.S. Citizenship and Immigration Services' ("USCIS") purported delay in adjudicating his Form N-400, Application for Naturalization ("N-400"). *See* ECF No. 1. The Government was served on July 1, 2024. The Government's deadline to answer or otherwise respond to the Complaint is August 30, 2024.  Fed. R. Civ. P. 12(a)(2).

A noncitizen seeking to naturalize must first file a Form N-400, Application for Naturalization, after which a background investigation is conducted. The applicant is then examined under oath by a USCIS officer, after which a decision on the application is issued. Plaintiff seeks adjudication of his naturalization application and, at the time of filing of the Complaint, Plaintiff had not yet been scheduled for a naturalization interview.  Compl. ¶¶ 6-10. However, further progress has been made in the adjudication process. Specifically, on August 19, 2024, Plaintiff appeared at the USCIS San Jose Field Office for a naturalization interview, one of the final adjudicative steps before a decision issues. A decision would render this matter moot.

Therefore, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Local Civil Rules 6-1 and 6-3, the parties move the Court for a thirty-day extension of time to answer or otherwise respond to the complaint.  This is the parties' first request for an extension.  The parties seek the Court's endorsement in good faith, for a proper purpose, and not for undue delay of these proceedings.

WHEREFORE, the parties respectfully request that this Court extend the time to answer or otherwise respond to the complaint from August 30, 2024, to September 30, 2024.

STIPULATED MOTION FOR A THIRTY DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND ORDER
No. 4:24-cv-3866-HSG
- 2 -
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
DISTRICT COURT SECTION
P.O. BOX 868, BEN FRANKLIN STATION
WASHINGTON, DC 20044
(202) 305-1540

| | |
|---|---|
| Dated: August 22, 2024 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division | *s/ Christina Sullivan Castro*<br>CHRISTINA SULLIVAN CASTRO<br>(CA #328326)<br>Hacking Immigration Law, LLC |
| WILLIAM C. PEACHEY<br>Director | 10121 Manchester Rd., Ste. A<br>St. Louis, MO 63122 |
| RUTH ANN MUELLER, DC#1617339<br>Trial Attorney | (314) 961-8200<br>csullivan@hackingimmigrationlaw.com |
| *s/Amanda Saylor*<br>AMANDA SAYLOR, FL #1031480<br>Trial Attorney<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>(202)-451-7661<br>Amanda.B.Saylor@usdoj.gov<br>*Attorneys for Defendants* | |

STIPULATED MOTION FOR A THIRTY     - 3 -     U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
DAY EXTENSION OF TIME TO                          OFFICE OF IMMIGRATION LITIGATION
ANSWER OR OTHERWISE RESPOND                              DISTRICT COURT SECTION
TO THE COMPLAINT AND                         P.O. BOX 868, BEN FRANKLIN STATION
ORDER                                                           WASHINGTON, DC 20044
No. 4:24-cv-3866-HSG                                                      (202) 305-1540

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. Defendants shall answer or otherwise respond to the Complaint on or before September 30, 2024.

DATED this 26th day of August, 2024.

_____
HONORABLE HAYWOOD S. GILIAM, JR.
United States District Court Judge

STIPULATED MOTION FOR A THIRTY DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND ORDER
No. 4:24-cv-3866-HSG

- 4 -

U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
DISTRICT COURT SECTION
P.O. BOX 868, BEN FRANKLIN STATION
WASHINGTON, DC 20044
(202) 305-1540